**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

<table>
<tr><td>(1) CITY OF SHAWNEE, OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>(1) CONRAD FIRE EQUIPMENT, INC.;<br>(2) FIRE APPARATUS<br>MANUFACTURERS' ASSOCIATION<br><br>Defendants.</td><td>Case  No. 5:26-cv-00515-D<br><br>Hon. Timothy D. DeGiusti</td></tr>
</table>

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed without prejudice, each party to bear its own costs.

Dated:  April 27, 2026

By:    _/s/ Matthew J. Sill_
**FULMER SILL**
MATTHEW J. SILL
14005 N. Eastern Ave
Edmond, OK 73013
Phone:  (405) 509-6300
Fax:  (800) 978-1345
Email:  msill@fulmersill.com

**Counsel for Plaintiff City of Shawnee, Oklahoma**

Dated:  April 27th, 2026

By:  _/s/ Stan Koop_
**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
STANLEY A. KOOP**
Santander Tower
1601 Elm Street, Suite 2600
Dallas, TX  75201
Phone: (214) 698-8000
Fax: (214) 698-1101
Email: stan.koop@wilsonelser.com

**Counsel for Defendants Fire Apparatus Manufactures Association and Conrad Fire Equipment, Inc.**

334730794v.1

1

2

**<u>Certificate of Service</u>**

I hereby certify that on April 27, 2026, I electronically filed the foregoing

STIPULATION OF DISMISSAL WITHOUT PREJUDICE with the Clerk of the Court

for the Western District of Oklahoma by using the CM/ECF system. I certify that all

participants in the case are registered CM/ECF users and that service will be

accomplished by the CM/ECF system.

/s/ *Matthew J. Sill*
Matthew J. Sill

334730794v.1